# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| STEPHEN R. MAYES, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:20-cv-00057 |
| DR. ELAINE RODELA, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 43), which was filed on July 15, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant Keith Ivens' Motion to Dismiss (Doc. No. 30) be granted and that Defendant Keith Ivens be dismissed from this action. Plaintiff has not responded to Defendant's Motion to Dismiss. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the Motion to Dismiss (Doc. No. 30) is **GRANTED** and Defendant Keith Ivens is **DISMISSED** from this action.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE