IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STEPHEN R. MAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:20-cv-00057 |
| | ) |
| DR. ELAINE RODELA, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 76), which was filed on October 27, 2022. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. 68) be denied. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's motion (Doc. No. 68) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE